## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|                  |   |                        |
|------------------|---|------------------------|
|                  | : | Case No.  17-14879-jkf |
| David E. Layton  | : |                        |
|                  | : |                        |
| Debtor(s)        | : | Chapter 13             |

### PRAECIPE TO WITHDRAW OBJECTION TO BRANCH BANKING & TRUST COMPANY, PROOF OF CLAIM #3-1

**TO THE CLERK:**

Kindly withdraw our Objection to Proof of claim #3-1, Branch Banking & Trust Company, which was filed on December 11, 2017, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:   _/s/   Michael D. Hess___
      Michael D. Hess, Esquire
      Attorney for Debtor
      1672 Manheim Pike
      Lancaster, PA  17601
      (717) 391-2911