UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| David E. Layton, | : | No. 17-14879-jkf |
| Debtor | : | |

CERTIFICATE OF SERVICE

I, Terri Lyn Shober, a Paralegal in the law firm of Barley Snyder, do hereby certify that true and correct copies of the Objection of Branch Banking & Trust Company to Debtor's Amended Plan, along with the proposed form of Order and Certificate of Service were served upon the individuals set forth on Exhibit "A" attached hereto, addressed to such entities at their respective addresses, by depositing the same in the United States First Class Mail, postage prepaid, on the 14th day of May, 2018.

BARLEY SNYDER

Dated: May 14, 2018        By:    /s/Terri Lyn Shober
                                                Terri Lyn Shober, Paralegal
                                                50 North Fifth Street
                                                P.O. Box 942
                                                Reading, PA 19603
                                                Telephone: (610) 376-6651
                                                Telecopier: (610) 376-5243

6129269

Exhibit "A"

<u>Debtor</u>
David E. Layton
115 Autumn Drive
Lititz, PA 17543

<u>Debtor Attorney</u>:
Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601-3028

<u>Trustee</u>:
Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

6129269