UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| David E. Layton, | : | No. 17-14879-jkf |
| Debtor | : | |

ORDER

AND NOW, upon consideration of the Objection of Branch Banking & Trust Company to Confirmation of Debtor's Chapter 13 Amended Plan and after notice and a hearing, it is hereby ORDERED that said confirmation of Debtor's Chapter 13 Plan is hereby denied.

BY THE COURT:

_____
Jean K. FitzSimon
United States Bankruptcy Judge

6129275

David E. Layton
115 Autumn Drive
Lititz, PA 17543
Debtor

Michael D. Hess, Esquire
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028
Attorney for Debtor

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

6129275