# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David E. Layton<br>　　　　　　　　　　Debtor<br><br>PNC Bank, National Association, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs.<br>David E. Layton<br>　　　　　　　　　　Debtor<br><br>Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-14879 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about December 7, 2017 document no 19.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　kmcdonald@kmllawgroup.com
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322

May 29, 2018