# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| David E. Layton | : | Case No. 17-14879-jkf |
| | : | |
| | : | Chapter 13 |

## PRAECIPE TO WITHDRAW OBJECTION TO BRANCH BANKING & TRUST COMPANY
## (PROOF OF CLAIM #3)

**TO THE CLERK:**

Kindly withdraw our Objection to Proof of Claim #3, Branch Banking & Trust Company, which was filed on December 4, 2018, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:    /s/ Michael D. Hess
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911