UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
    DAVID E. LAYTON            : Bankruptcy No.  17-14879JKF
                                          :
    Debtor(s)                  : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, for a period of one hundred eighty (180) days from the date of this Order.

FOR THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: January 17, 2019**

Interested parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Michael D. Hess, Esq.
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

David E. Layton
115 Autumn Drive
Lititz, PA 17543

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107