**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: ) | |
| DAVID E. LAYTON ) | |
| ) | CASE NO.: 4:19-bk-14632-pmm |
| DEBTOR ) | CHAPTER 13 |
| ) | JUDGE PATRICIA M. MAYER |
| ) | |
| US BANK TRUST NATIONAL ASSOCIATION, ) | |
| NOT IN ITS INDIVIDUAL CAPACITY BUT ) | |
| SOLELY AS OWNER TRUSTEE FOR VRMTG ) | |
| ASSET TRUST ) | |
| ) | |
| MOVANT ) | |
| ) | |
| DAVID E. LAYTON, DEBTOR ) | |
| AND SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**ORDER**

**AND NOW, this __13th__ day of __March__, 2023 at Reading,** upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the **115 Autumn Drive, Lititz, PA 17543** ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*
_____

BJ.