United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14879-jkf
David E. Layton                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2            Date Rcvd: Jan 17, 2019
                              Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.
```
db         +David E. Layton,    115 Autumn Drive,    Lititz, PA 17543-9385
14088491   +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13954001   +Chrysoula L. Soulidis,    847 Sylvan Road,    Lancaster, PA 17601-1987
13954004   +FMA Alliance, LTD,    12339 Cutten Road,    Houston, TX 77066-1807
13954003   +First Tennessee Bank,    PO Box 84,    Memphis, TN 38101-0084
13964017   +First Tennessee Bank National Association,    PO Box 1469,    Knoxville, TN 37901-1469
13954005   +Fulton Friedman & Gullace LLP,    500 First Federal Plaza,    Rochester, NY 14614-1928
13954006   +Gary G. Efstration, Esq.,    232 E. Orange Street,    Lancaster, PA 17602-3179
13954007   +Jason Layton,    258 Northridge Drive,    Landisville, PA 17538-1044
13954008    Kay Jewelers,    375 Ghat Road,    Akron, OH 44333
13954010   +PNC Bank Mortgage Service,    3232 Newark Drive,    Miamisburg, OH 45342-5433
14010020   +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
13954011   +Susquehanna Bank,    1570 Manheim Pike,    Lancaster, PA 17601-3038
13954012    Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
             Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Jan 18 2019 02:51:07     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2019 02:51:03     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13953998   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 18 2019 02:53:29     Ascension Capital Group,
             PO Box 201347,    Arlington, TX 76006-1347
13953999    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 18 2019 02:50:53     Asset Accpetance, LLC,
             PO Box 2036,    Warren, MI 48090-2036
13972990   +E-mail/Text: bankruptcy@bbandt.com Jan 18 2019 02:50:29     BB&T, Bankruptcy Section,
             PO Box 1847, 100-50-01-51,    Wilson, NC 27894-1847
13954002    E-mail/Text: mrdiscen@discover.com Jan 18 2019 02:50:24     Discover Bank,    PO Box 3008,
             New Albany, OH 43054
13954009   +E-mail/Text: ebn@ltdfin.com Jan 18 2019 02:50:34     LTD Financial Services,
             7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
14019613   +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2019 02:53:32
             PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
             Resurgent Capital Services,    PO Box 9008,    Greenville, SC 29602-9008
13987559    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2019 02:50:42     Pennsylvania Department of Revenue,
             Bankruptcy Division, PO Box 280946,    Harrisburg PA 17128-0946
                                                                                             TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13954000       Auto Showcase of Neffsville, Inc.
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Stacey              Page 2 of 2                   Date Rcvd: Jan 17, 2019
                               Form ID: pdf900           Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
              JOSEPH PATRICK SCHALK    on behalf of Defendant    Branch Banking & Trust Company
               jschalk@barley.com,   cbrelje@barley.com;jrachor@barley.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor c/o Joseph P. Schalk  Branch Banking and Trust
               jschalk@barley.com,   cbrelje@barley.com;jrachor@barley.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank, National Association
               mary@javardianlaw.com,   tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor David E. Layton amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Plaintiff David E. Layton amburke7@yahoo.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT   WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    DAVID E. LAYTON : Bankruptcy No. 17-14879JKF
:
    Debtor(s) : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, for a period of one hundred eighty (180) days from the date of this Order.

FOR THE COURT

**Date: January 17, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Michael D. Hess, Esq.
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

David E. Layton
115 Autumn Drive
Lititz, PA 17543

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107